

FILED

NOT FOR PUBLICATION

AUG 29 2014

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

ORGANIZED VILLAGE OF KAKE;
THE BOAT COMPANY; ALASKA
WILDERNESS RECREATION AND
TOURISM ASSOCIATION;
SOUTHEAST ALASKA
CONSERVATION COUNCIL;
NATURAL RESOURCES DEFENSE
COUNCIL; TONGASS
CONSERVATION SOCIETY;
GREENPEACE, INC.; WRANGELL
RESOURCE COUNCIL; CENTER
FOR BIOLOGICAL DIVERSITY;
DEFENDERS OF WILDLIFE;
CASCADIA WILDLANDS; SIERRA
CLUB,

No. 11-35517

D.C. No. 1:09-cv-00023-JWS

ORDER

          Plaintiffs - Appellees,

   v.

UNITED STATES DEPARTMENT OF
AGRICULTURE; UNITED STATES
FOREST SERVICE; TOM VILSACK,
in his official capacity as Secretary of
Agriculture; HARRIS SHERMAN, in
his official capacity as Under Secretary
of Agriculture of Natural Resources and
Environment; TOM TIDWELL, in his
official capacity as Chief, USDA Forest
Service,

          Defendants,

**ALASKA FOREST ASSOCIATION, INC.,**

          Intervenor-Defendant,

  and

**STATE OF ALASKA**,

          Intervenor-Defendant - Appellant.

**THOMAS**, Circuit Judge:

En banc oral argument will take place during the week of December 15, 2014, in Pasadena, California. The date and time will be determined by separate order. For further information or special requests regarding scheduling, please contact Deputy Clerk Paul Keller at paul_keller@ca9.uscourts.gov or (415) 355-8026.

Within seven days from the date of this order, the parties shall forward to the Clerk of Court twenty-five additional paper copies of the original briefs (including amicus briefs) and excerpts of record. The paper copies must be accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. A sample certificate is available at http://www.ca9.uscourts.gov/datastore/uploads/cmecf/Certificate-for-Brief-in-

Paper-Format.pdf. The paper copies shall be printed from the PDF version of the brief created from the word processing application, not from PACER or Appellate ECF.